

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) Krlin Manufacturing Group, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 17-cv-506-GKF-mjx |
| (1) EAC Reactors, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

EnviraPAC Monticello, LLC
c/o Corporate Agents, LLC
1712 Pioneer Ave, Suite 100
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Adrienne N Cash, Esq.
Barber & Bartz
525 S. Main Street, Suite 800
Tulsa, OK 74103-4511

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **SEP 7 2017.**

Mark C. McCartt
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

*mailed to counsel*

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | | |
|---|---|---|
| (1) Krlin Manufacturing Group, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 17-cv-00506-GKF-mjx |
| (1) EAC Reactors, Inc., et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Enviracarbon, Inc.
c/o Wyoming Corporate Services, Inc.
1712 Pioneer Ave, Suite 101
Cheyenne, WY 82001

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Adrienne N Cash, Esq.
Barber & Bartz
525 S. Main Street, Suite 800
Tulsa, OK 74103-4511

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
Name of clerk of court

Date: SEP 7 2017

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) Krlin Manufacturing Group, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  17-cv-00506-GKF-mjx |
| (1) EAC Reactors, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

EAC Reactors, Inc.
c/o Wyoming Corporate Services, Inc.
1712 Pioneer Ave, Suite 101
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Adrienne N Cash, Esq.
Barber & Bartz
525 S. Main Street, Suite 800
Tulsa, OK 74103-4511

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
Name of clerk of court

Date:  SEP  7 2017

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*