## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    <u>Wyoming Corporate Services, Inc., 1712 Pioneer Ave., #101, Cheynne, WY</u> ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ <u>0.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>0.00</u>.

Date: <u>09/18/2017</u>

_____
Server's signature

**Adrienne N. Cash, Attorney for Plaintiff**
Printed name and title

Barber & Bartz
525 S,. Main, Suite 800
Tulsa, Oklahoma 74103
(918) 599-7755

Server's address

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee |
|---|
| $ |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$

Tot
$

Eniviracarbon, Inc.
c/o Wyoming Corporate Services, Inc.
1712 Pioneer Ave., Suite 101
Cheyenne, WY 82001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 3010 0000 9415 5356

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Enviracarbon, Inc.
c/o Wyoming Corporate Services, Inc.
1712 Pioneer Ave., Suite 101
Cheyenne, WY 82001

9590 9402 2478 6306 2763 60

2. Article Number *(Transfer from service label)*
7016 3010 0000 9415 5356

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
Shaw King   9/11/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   1604-78    Domestic Return Receipt