# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

KRLIN MANUFACTURING GROUP
    Plaintiff(s)

vs.                                          Case Number: 17-cv-506-GKF-JFJ

EAC REACTORS, INC.; ENVIRAPAC ]
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Enviracarbon, Inc._____
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 11th day of October, 2017.

*[Signature]*

| | |
|---|---|
| Signature | |
| Dylan T. Duren | 31837 |
| Printed Name | Bar Number |
| Robinett, Swartz & Aycock | |
| Firm Name | |
| 624 S. Boston Ave., Suite 900 | |
| Address | |
| Tulsa | OK  74119 |
| City | State  ZIP |
| 918-592-3699 | 918-592-0963 |
| Phone | Fax |
| dduren@robinettlawfirm.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on  October 11, 2017  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Robert J. Bartz
Joe M. Fears
Adrienne N. Cash

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature