# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) KRLIN MANUFACTURING GROUP, LLC,** an Oklahoma limited liability company, | )<br>)<br>) |
| **Plaintiff,** | ) |
| vs. | ) Case No.: 17-cv-506-GKF-mjx |
| **(1) EAC REACTORS, INC.,** a Wyoming Corporation, **(2) ENVIRACARBON, INC.,** a Wyoming Corporation, and **(3) ENVIRAPAC MONTICELLO, LLC**, a Wyoming limited liability company, | )<br>)<br>)<br>)<br>) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Krlin Manufacturing Group, LLC, an Oklahoma Limited Liability Company and Defendants, EAC Reactors, Inc., a Wyoming Corporation, Enviracarbon, Inc., a Wyoming Corporation, and Envirapac Monticello, LLC, a Wyoming Limited Liability Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that Plaintiff hereby dismisses any and all claims that it has asserted in this action, or which can or could have been asserted herein or raised in connection herewith, with prejudice as to refiling.

**BARBER & BARTZ**

s/Adrienne N. Cash
Robert J. Bartz, OBA #580
Adrienne N. Cash, OBA #20038
525 S. Main Street, Suite 800
Tulsa, Oklahoma 74103-4511
Telephone: (918) 599-7755
Facsimile: (918) 599-7756
Email: bbartz@barberbartz.com
acash@barberbartz.com
*ATTORNEYS FOR PLAINTIFF*

**ROBINETT, SWARTZ & AYCOCK**

s/Charles R. Swartz
Charles R. Swartz, OBA # 22313
624 South Boston, Suite 900
Tulsa, Oklahoma 74119
Telephone: (918) 592-3699
Facsimile: (918) 592-0963
cswartz@robinettlawfirm.com
***ATTORNEYS FOR DEFENDANTS***